**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

MICHAEL L. LEATH,

        Plaintiff,

vs.                                  Case No.:1:08-CV-135-SPM/AK

JAMES B. PEAKE,
Secretary
U.S. Department
of Veterans Affairs,

        Defendant.

_____/

## ORDER GRANTING EXTENSION OF TIME

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Extend Period to File Dispositive Motions" (doc. 21).  Finding the request to be reasonable, it is hereby ORDERED AND ADJUDGED that the motion is ***granted***. Defendant shall have up to and including ***Monday, May 18, 2009*** to file his dispositive motions.

DONE AND ORDERED this <u>twenty-third</u> day of April, 2009.


   *s/ Stephan P. Mickle*
   _____
   Stephan P. Mickle
   United States District Judge